UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>CAROL A. PERINO,<br><br>DEBTOR | Chapter 11<br><br>Case No. 14-12161-HJB |

### INITIAL APPLICATION OF MESTONE & ASSOCIATES LLC
### FOR FEES AND EXPENSES AS COUNSEL TO THE DEBTOR

The law firm of Mestone & Associates, LLC (the "Firm") hereby applies for initial compensation in the amount of $17,160.00 and reimbursement of necessary out-of-pocket expenses in the amount of $1,210.78 for legal services rendered to the Debtor in the Debtor's Chapter 11 case during the period of May 7, 2014 through February 28, 2015 (reserving time for confirmation and closing out the case). As grounds therefore, the Firm states as follows:

1. On May 8, 2014 the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. By Motion filed May 21, 2014, the Debtor sought this Court's authority to retain the Firm as counsel. The Motion was approved by this Court's order dated June 10, 2014, a copy of with is attached hereto as Exhibit A.

2. During the period from May 7, 2014 through February 28, 2015 (reserving 2.5 hours for attending the confirmation hearing in January 2015 and 4 hours for preparing and disbursing payment of claims, preparing and filing a) distribution report, b) request for final decree and discharge, and c) miscellaneous items to close out case), the Firm rendered services to the Debtor in the amount of $17,160.00, and, in connection therewith, disbursed its own funds and incurred reimbursable necessary out-of-pocket expenses in the amount of $1,210.78. The

Firm received a retainer from the Debtor in the amount of $5,000.00, of which it has taken $4,160.00 for pre-petition work/services billed to the Debtor prior to the filing of this case as disclosed, leaving a balance of the retainer at $840.00.

3. Attached hereto as Exhibit B, is a description of the professional background of each lawyer who had a significant role in the Firm's representation of the Debtor.

4. In accordance with MLBR 2016-1(a)(2) and MLBR Appendix 6, attached hereto as Exhibit C is a schedule of the total amount of fees for each of the Firm's professionals with respect to whom compensation is sought by this application, including the grand total for all.

5. Attached hereto as Exhibit D is a Narrative description of the services rendered by the Firm, compiled from time records maintained by the Firm in the ordinary course of its business.

6. In connection with the legal services described in Exhibits C, D, and E, the Firm disbursed its own funds and incurred necessary out-of-pocket expenses in the amount of $1,210.78. These expenses are itemized by category in Exhibit E attached hereto.

7. The Firm submits that the requested fees and expenses are reasonable and appropriate under the circumstances of this case, in view of the requirements of the Bankruptcy Code and the results obtained to date, and the time expended to achieve such result.

WHEREFORE, the Firm respectfully requests that this Court enter an Order:

1. Approving this Application and awarding the Firm initial compensation in the amount $17,160.00 (of which the Firm is reserving 2.5 hours for attending the confirmation hearing on January 28, 2015 and 4 hours for preparing and disbursing payment of claims, preparing and filing of the distribution report and the request for final decree and discharge, and to complete any miscellaneous items to close out case) and necessary out-of-pocket expenses in

the amount of $1,210.78, for a total of $18,370.78, less the retainer referred to in paragraph 2 above in the amount of $840.00.

    2.    Authorize payment of the foregoing amounts by the Debtor; and

    3.    Grant such other and further relief as is just.

Respectfully submitted,

/s/Richard A. Mestone
Richard A. Mestone (BBO# 642789)
Arthur M. Capozzo (BBO# 556950)
MESTONE & ASSOCIATES LLC
65 Flagship Drive, Suite A
North Andover, MA 01845
Tel: (617) 381-6700
richard.mestone@mestonehogan.com

Date: December 29, 2014

**EXHIBIT A — ORDER APPROVING EMPLOYMENT OF ATTORNEY**

Case 14-12161    Doc 19    Filed 06/10/14    Entered 06/10/14 10:21:11    Desc Main
Document    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:                                    )
                                          )   Chapter 11
                                          )
CAROL A. PERINO,                          )   Case No. 147-12161-HJB
                                          )
         DEBTOR                           )
                                          )

## MOTION BY DEBTOR TO EMPLOY COUNSEL

Pursuant to 11 U.S.C. § 327, Fed. R. Bankr. P. 2014 and MLBR 2014-1, the above-captioned individual debtor-in-possession (the "Debtor") respectfully request that this Court enter an order authorizing the Debtor to retain Richard A. Mestone, Esquire, and the law firm of Mestone & Associates LLC (the Firm") as her counsel in this matter. In support thereof, the Debtor states as follows:

1. On May 8, 2014, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code with this Court (the "Petition Date").

2. The Debtor operates as a Debtor-in-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code. The Office of the United States Trustee has not yet appointed an Official Committee of Unsecured Creditors.

3. The Debtor is a married woman and a real estate agent who is currently employed as a real estate agent for Century 21. Her spouse is employed as a building contractor and also engages in snow removal contracts. The Debtor's current financial condition was caused by the declining economy. As the real estate market began to deteriorate, so too did the Debtor's personal financial situation. Sales in the real estate market seriously declined and eventually

06/10/2014 GRANTED. NO OBJECTIONS HAVE BEEN FILED. ALL COMPENSATION AND EXPENSES ARE SUBJECT TO COURT APPROVAL.

**EXHIBIT B — BIOGRAPHIES**

RICHARD A. MESTONE is with the firm of Mestone & Associates LLC and its current President. Mr. Mestone's practice focuses on Chapter 7, Chapter 11, and Chapter 13 Bankruptcy Law, Real-Estate Law, and Civil Litigation with a focus on Personal Injury. Mr. Mestone was a founding partner with his previous firm of Mestone Hogan LLC. Mr. Mestone served with the Massachusetts Department of Revenue for over twenty-three years in both the audit division as regional audit manager and legal division as senior tax counsel handling bankruptcy and tax cases. He was admitted to the Massachusetts bar in 1999 after graduating cum laude from the Massachusetts School of Law in Andover. He is admitted to practice in the U.S. Supreme Court, the U.S. Court of Appeals for the First Circuit, the U.S. District Court for the District of Massachusetts, and the U.S. Tax Court. Mr. Mestone is a frequent faculty member at Massachusetts Continuing Legal Education (MCLE) educating others in the practice of bankruptcy law. Mr. Mestone is a former Board of Directors member of the States Association of Bankruptcy Attorneys and is a current member of the American Bankruptcy Institute, the National Association of Consumer Bankruptcy Attorneys, the Massachusetts Association of Trial Attorneys, the Real estate Bar Association of Massachusetts, and the Boston Bar Association, and has served on various committees including the Boston Bar Association's Young Lawyer's Steering Committee and the Boston Bar Association's Consumer Bankruptcy Committee. Mr. Mestone is a member of the Executive Board of the Greater Lynn Bar Association and its past President.

ARTHUR CAPOZZO joined the Firm of Mestone & Associates LLC (f/k/a Mestone Hogan LLC) in 2009. Mr. Capozzo's practice focuses on Chapter 7, Chapter 11, and Chapter 13 Bankruptcy Law, Mr. Capozzo graduated cum laude from Northeastern University in 1985 and earned his Juris Doctor at New England School of Law in 1990. Before joining the Firm of Mestone & Associates LLC, he was a sole practitioner specializing in Bankruptcy and Commercial Law.

**EXHIBIT C — HOURS AND FEES BY ATTORNEY**

| Name | Hours | Rate | Fee |
|---|---|---|---|
| Richard A. Mestone (RAM) | 50.20 | $300/hr | $15,060.00 |
| Arthur M. Capozzo (AMC) | 7.0 | $300/hr | $2,100.00 |
| Total | 57.20 | | $17,160.00 |

Average Hourly Rate         $300.00/hr.



**Mestone & Associates LLC**
*Attorneys & Counselors at Law*
65 Flagship Drive, Suite A
North Andover, MA 01845
(617) 381-6700

**Client:** Carol Perino
**Address:** 39 Robinwood Road
Belmont, MA
**Contact:**

| Invoice Status | Fees | Adjustments | Balance |
|---|---|---|---|
| Initial Conference | $17,160.00 | $0.00 | $17,160.00 |

**Fee Line Items**

| Date | Narrative | Timekeeper | Hours | Rate | Adjustment | Amount |
|---|---|---|---|---|---|---|
| 7-May-14 | Communication with Korde and Associates RE: update payoff quote and amount of arrears. Inform them that case will be filed on May 8th. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 8-May-14 | TCW debtor RE: set up all of DIP account and the need for statements and other documents. | RAM | 0.20 | $300.00 | | $ 60.00 |
| 8-May-14 | Filed skeletal petition. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 8-May-14 | Office Conference with Arthur Capozzo RE: .goals for disclosure statement, plan, bar date, and claims. | RAM | 0.50 | $300.00 | | $ 150.00 |
| 8-May-14 | Office Conference with Richard Mestone RE: .goals for disclosure statement, plan, bar date, and claims. | AMC | 0.50 | $300.00 | | $ 150.00 |
| 13-May-14 | Communication with Office of the United States Trustee RE.:receipt of debtor conference materials, OGRR, bank list, MOR documents, and setting up debtor conference. Discussed DIP account and OGRR exhibits. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 14-May-14 | CW office of the United States trustee RE: schedule informal conference. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 19-May-14 | TCW debtor's accountant RE:requesting tax returns. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 20-May-14 | Communication with debtor RE: follow-up on opening of DIP. account at citizens Bank | RAM | 0.10 | $300.00 | | $ 30.00 |
| 20-May-14 | CW debtor RE.: discussed informal conference scheduled for May 22 an additional documents needed. Requested insurance binder. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 20-May-14 | CW insurance company RE.: obtain insurance binder from broker. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 20-May-14 | Completed Scheddules A to J, SOFA B22B, and other documents to be filed. | AMC | 0.50 | $300.00 | | $ 150.00 |
| 21-May-14 | Draft application to employ counsel with exhibits. | AMC | 1.00 | $300.00 | | $ 300.00 |
| 21-May-14 | Filed schedules A to J, SOFA, B22B, and other documents. Filed application to employ counsel. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 21-May-14 | Prepare for an informal conference. | RAM | 1.50 | $300.00 | | $ 450.00 |
| 22-May-14 | CW debtor RE: follow-up on DIP opening and ordering of checks. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 22-May-14 | Attend informal conference in Boston. | RAM | 1.50 | $300.00 | | $ 450.00 |
| 30-May-14 | Prepared and filed expedited motion to set bar date with notice and proposed order. | RAM | 1.00 | $300.00 | | $ 300.00 |
| 2-Jun-14 | Review proof of claims filed. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 2-Jun-14 | Prepared and filed notice of order to said bar date. | RAM | 0.50 | $300.00 | | $ 150.00 |
| 2-Jun-14 | Prepared and filed notice of change of address of GEMB/home design flooring. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 2-Jun-14 | Prepared and filed order establishing bar date. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 3-Jun-14 | Prepared and filed notice of change of address of Department of Education. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 9-Jun-14 | Attend 341 meeting in Boston. | RAM | 1.50 | $300.00 | | $ 450.00 |
| 10-Jun-14 | CW United States Trustee RE: confirmation of 341 meeting and discussion regarding plan, funding, and other matters relating to the schedules and statement of financial affairs filed. Discussed with trustee whether debtor will dismiss a convert the case. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 10-Jun-14 | TCW non-debtor spouse's accountant RE: his business, income, tax returns, and feasibility of funding plan. | RAM | 0.50 | $300.00 | | $ 150.00 |
| 11-Jun-14 | CW debtor RE: my communication with US Trustee on June 10th. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 11-Jun-14 | TCW debtor and non-debtor spouse RE: follow-up regarding documents requested. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 11-Jun-14 | Gathered information requested by US Trustee at 341 meeting. | RAM | 0.70 | $300.00 | | $ 210.00 |
| 12-Jun-14 | Sent documents requested to US Trustee. CW US Trustee RE: addressed/answered questions posed at the 341 meeting and follow-up discussions. | RAM | 0.20 | $300.00 | | $ 60.00 |
| 12-Jun-14 | Obtain police report from 2012. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 12-Jun-14 | TCW non-debtor spouse RE: insurance policies, status of corporate tax returns for 2013, and debtor is authority on non-authority on non-debtors personal and business accounts. | RAM | 0.20 | $300.00 | | $ 60.00 |
| 13-Jun-14 | Received faxed documents from debtor regarding insurance from 2011 to present. Reviewed same. Sent same to US Trustee. | RAM | 0.20 | $300.00 | | $ 60.00 |
| 13-Jun-14 | CW US Trustee RE: insurance coverage question. Discussed whether debtor will convert a dismiss case. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 16-Jun-14 | TCW US Trustee RE: conversion/dismissal, plan goal and funding, and request for non-debtor spouse's business tax return. | RAM | 0.10 | $300.00 | | $ 30.00 |



**Mestone & Associates LLC**
*Attorneys & Counselors at Law*
65 Flagship Drive, Suite A
North Andover, MA 01845
(617) 381-6700

Client: Carol Perino
Address: 39 Robinwood Road
Belmont, MA
Contact:

| Invoice Status | Fees | Adjustments | Balance |
|---|---|---|---|
| | $17,160.00 | $0.00 | $17,160.00 |
| Initial Conference | | | |

**Fee Line Items**

| Date | Narrative | Timekeeper | Hours | Rate | Adjustment | Amount |
|---|---|---|---|---|---|---|
| 16-Jun-14 | TCW debtor RE: TCW spouse's accountant Re: distributions instead of loan to fund plan and US trustees discussions concerning dismissal of conversion. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 17-Jun-14 | CW US Trustee RE: tax returns, plan goals, and funding. Discussed whether debtor will convert a dismiss case. | RAM | 0.20 | $300.00 | | $ 60.00 |
| 18-Jun-14 | TCW non-debtors accountant RE: corporate tax returns, corporate bank statements, and distribution versus loan to fund plan. | RAM | 0.40 | $300.00 | | $ 120.00 |
| 3-Jul-14 | TCW Korde and Associates RE. updated payoff. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 7-Jul-14 | CW US trustee RE: monthly operating reports and quarterly statements for the second quarter 2014. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 7-Jul-14 | CW US trustee RE: non-debtor spouse's corporate tax returns. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 7-Jul-14 | TCW debtor's spouse RE: corporate tax returns and bank statements. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 7-Jul-14 | TCW non-debtor spouse's accountant RE: status of corporate tax returns. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 7-Jul-14 | CW debtor RE: request monthly bank statements needed for monthly operating report for May and June. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 8-Jul-14 | CW debtor in follow-up requesting DIP bank statements. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 8-Jul-14 | Received bank statements for May and June. Prepared monthly operating reports for same. Sent to debtor for review and signature. | RAM | 0.40 | $300.00 | | $ 120.00 |
| 21-Jul-14 | CW US trustee RE: corporate tax returns. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 21-Jul-14 | TCW non-debtor spouse's accountant RE: status of corporate tax returns. | RAM | 0.20 | $300.00 | | $ 60.00 |
| 22-Jul-14 | TCW non-debtor spouse RE: corporate bank statement. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 22-Jul-14 | Received signed monthly operating reports for May and June. Sent same to US trustee. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 22-Jul-14 | Received bank statement from non-debtor spouse. Sent same to US trustee. CW US trustee RE: non-debtor spouse bank statement balance. Informed trustee that plan and disclosure was being prepared and will be sent to him next week for review. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 22-Jul-14 | Performed final proof of claim review. | RAM | 0.20 | $300.00 | | $ 60.00 |
| 12-Aug-14 | CW debtor RE: requested bank statements for July and August. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 12-Aug-14 | Draft first plan and disclosure statement, five year projection, motion to approve, ballots, and proposed orders. | RAM/AMC | 5.00 | $300.00 | | $ 1,500.00 |
| 13-Aug-14 | Received faxed bank statements for July and August.. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 13-Aug-14 | CW US trustee RE: sent drafts of plan and disclosure statement with projection for his review and comment. US trustee requested update of tax returns. | RAM | 0.20 | $300.00 | | $ 60.00 |
| 14-Aug-14 | TCW non-debtor spouse's accountant RE: status of corporate tax returns. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 15-Aug-14 | Draft objections to claims 4, 5, and 6. | RAM | 1.00 | $300.00 | | $ 300.00 |
| 18-Aug-14 | CW debtor requesting July DIP statement. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 18-Aug-14 | Filed objections to claims 4, 5, and 6. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 19-Aug-14 | Prepared monthly operating report for July. Sent to debtor for review and signature. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 19-Aug-14 | CW debtor RE: student loan and balance of deposit from spouse to covet amount needed to fund plan. | RAM | 0.20 | $300.00 | | $ 60.00 |
| 21-Aug-14 | Prepared and filed notice of hearing on objections to claims 4, 5, and 6. | RAM | 0.50 | $300.00 | | $ 150.00 |
| 25-Aug-14 | Received signed monthly operating report for July from debtor. Sent report to US trustee. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 29-Aug-14 | CW US trustee RE: his review of plan and disclosure statement. Discussed comments regarding feasibility, corporate tax returns, debtor stability, non-debtor spouse stability, and requesting debtor's assent to conversion. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 2-Sep-14 | TCW debtor RE: US trustees request to convert, non-debtor spouse's corporate tax returns, and plan contents. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 3-Sep-14 | Office Conference with Arthur Capozzo RE: possible conversion and options to avoid conversion. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 3-Sep-14 | Office Conference with Richard Mestone RE: possible conversion and options to avoid conversion. | AMC | 0.30 | $300.00 | | $ 90.00 |
| 4-Sep-14 | CW US trustee RE: response to his August 29 communication regarding conversion. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 10-Sep-14 | TCW debtor RE: status of case, mortgage arrears, plan and conversion. | RAM | 0.40 | $300.00 | | $ 120.00 |



**Mestone & Associates LLC**
*Attorneys & Counselors at Law*
65 Flagship Drive, Suite A
North Andover, MA 01845
(617) 381-6700

Client: Carol Perino
Address: 39 Robinwood Road
Belmont, MA
Contact:

| Invoice Status | Fees | Adjustments | Balance |
|---|---|---|---|
| Initial Conference | $17,160.00 | $0.00 | $17,160.00 |

**Fee Line Items**

| Date | Narrative | Timekeeper | Hours | Rate | Adjustment | Amount |
|---|---|---|---|---|---|---|
| 10-Sep-14 | TCW non-debtor spouse's accountant RE: status of corporate tax returns and financials. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 10-Sep-14 | TCW Korde and Associates RE. updated payoff. Received same. TCW debtor regarding same. | RAM | 0.20 | $300.00 | | $ 60.00 |
| 3-Oct-14 | CW debtor RE: request for August bank statement. Discussed US trustee's motion to convert filed and objection to claims filed. | RAM | 0.20 | $300.00 | | $ 60.00 |
| 3-Oct-14 | Received and reviewed US trustee's motion to convert. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 7-Oct-14 | CW debtor RE: mortgage arrears and payoff amount. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 8-Oct-14 | Received updated payoff quote for mortgagee. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 8-Oct-14 | Response to October 7 CW debtor RE: mortgage arrears. Sent payoff quote, five year projection, schedules, and motion to convert to debtor to illustrate proposed plan numbers. Discussed US trustee's motion to convert and the need for debtor's comments on the plan and disclosures information for accuracy. | RAM | 0.50 | $300.00 | | $ 150.00 |
| 9-Oct-14 | Draft opposition to motion to convert. | RAM | 0.80 | $300.00 | | $ 240.00 |
| 9-Oct-14 | CW Arthur Capozzo RE: review draft opposition to motion to convert. | AMC | 0.30 | $300.00 | | $ 90.00 |
| 10-Oct-14 | Received suggested changes to motion from Arthur Capozzo. | AMC | 0.30 | $300.00 | | $ 90.00 |
| 10-Oct-14 | Revised opposition to motion to convert. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 10-Oct-14 | Received notice of hearing on motion to convert. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 10-Oct-14 | Received and reviewed figures regarding operations of non-debtor spouse's Corporation. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 14-Oct-14 | CW Arthur proposal on revised opposition. | AMC | 0.30 | $300.00 | | $ 90.00 |
| 14-Oct-14 | Draft non-debtor spouse's affidavit to attach to objection to conversion. Obtain bank deposit slips and corporate financial statements. | RAM | 0.50 | $300.00 | | $ 150.00 |
| 15-Oct-14 | CW non-debtor spouse RE: affidavit to accompany opposition to motion to convert. Met with non-debtor spouse to review and sign affidavit. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 15-Oct-14 | Filed opposition to motion to convert with affidavit. | RAM | 0.50 | $300.00 | | $ 150.00 |
| 22-Oct-14 | Draft first amended plan and disclosure statement, motion to approve, proposed order, and motion to consolidate hearings on disclosure and confirmation. | RAM/AMC | 1.50 | $300.00 | | $ 450.00 |
| 24-Oct-14 | CW US trustee RE: monthly operating reports for September and August. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 24-Oct-14 | Prepared August and September monthly operating reports. Sent to debtor for review and signature. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 27-Oct-14 | Receive signed monthly operating reports for August and September. Sent same to US trustee. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 28-Oct-14 | CW US trustee RE: monthly operating reports and missing bank statements. Sent corrected reports for July and bank statements for August and September to US trustee. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 28-Oct-14 | Filed disclosure statement and plan along with motion to approve same. | RAM | 0.80 | $300.00 | | $ 240.00 |
| 29-Oct-14 | CW US trustee RE: his objection to disclosure statement and plan. Reviewed objection. | RAM | 0.20 | $300.00 | | $ 60.00 |
| 30-Oct-14 | Received and reviewed objection to disclosure statement a US trustee. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 5-Nov-14 | Research and prepare for hearing on motion to convert.. | RAM | 2.00 | $300.00 | | $ 600.00 |
| 5-Nov-14 | CW Arthur Capozzo RE: changes to plan and disclosure statement. | AMC | 0.30 | $300.00 | | $ 90.00 |
| 5-Nov-14 | Made suggested changes to plan and disclosure statement. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 5-Nov-14 | Attend hearing on motion to convert in Boston. | RAM | 2.30 | $300.00 | | $ 690.00 |
| 6-Nov-14 | Sent amended plan and disclosure statement to US trustee for review and comment. CW US trustee RE: changes made to plan and disclosure statement. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 12-Nov-14 | CWS trustee RE: follow-up on whether he had any comment on amended plan and disclosure statement. Discuss consolidation of the hearing on the disclosure statement with a hearing on confirmation even though debtor not a small business. Made small changes to disclosure statement and plan based on US trustee comments. | RAM | 0.30 | $300.00 | | $ 90.00 |
| 12-Nov-14 | Filed first amended disclosure statement in plan with motion to approve same. | RAM | 0.80 | $300.00 | | $ 240.00 |
| 12-Nov-14 | Filed expedited motion for combined hearing on disclosure statement and confirmation. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 13-Nov-14 | Filed notice of hearing on disclosure statement. | RAM | 0.50 | $300.00 | | $ 150.00 |
| 10-Dec-14 | CW debtor RE: hearing on disclosure statement. | RAM | 0.10 | $300.00 | | $ 30.00 |



**Mestone & Associates LLC**
*Attorneys & Counselors at Law*
65 Flagship Drive, Suite A
North Andover, MA 01845
(617) 381-6700

**Client:** Carol Perino
**Address:** 39 Robinwood Road
Belmont, MA
**Contact:**

| Invoice Status | Fees | Adjustments | Balance |
|---|---|---|---|
| Initial Conference | $17,160.00 | $0.00 | $17,160.00 |

**Fee Line Items**

| Date | Narrative | Timekeeper | Hours | Rate | Adjustment | Amount |
|---|---|---|---|---|---|---|
| 15-Dec-14 | CW US trustee RE: no objection filed by US trustee nor any other creditors and whether he would assent to continuance of his motion to convert until confirmation hearing. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 15-Dec-14 | TCW Stephen Reynolds RE: December 18th hearing on disclosure statement and denial of motion to consolidate. Hearing to be reassigned to Springfield. Parties may appear via video conference. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 15-Dec-14 | CW US trustee RE: TCW Reynolds. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 15-Dec-14 | Received and reviewed statement of no objection to disclosure statement filed by US trustee. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 17-Dec-14 | Prepare for a hearing on disclosure statement. | RAM | 0.50 | $300.00 | | $ 150.00 |
| 18-Dec-14 | CW debtor RE: requested bank statements for October and November. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 18-Dec-14 | Attend hearing on disclosure statement in Boston. | RAM | 2.50 | $300.00 | | $ 750.00 |
| 19-Dec-14 | Sent proposed order on disclosure statement to the court. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 19-Dec-14 | Draft and file notice of order approving disclosure statement and setting deadlines and date for confirmation hearing. | RAM | 0.50 | $300.00 | | $ 150.00 |
| 22-Dec-14 | CW debtor RE: follow-up on requested October November bank statements. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 23-Dec-14 | CW Amy Azza of Orlans Moran RE: her appearance and review of disclosure statement and plan. | RAM | 0.10 | $300.00 | | $ 30.00 |
| 29-Dec-14 | Preparation of fee application and exhibits. Filing same. | RAM | 4.00 | $300.00 | | $ 1,200.00 |
| 28-Jan-15 | Attend hearing on confirmation of plan in Boston. (Reserved) | RAM | 2.50 | $300.00 | | $ 750.00 |
| 2/___/2014 | Amount reserved for preparing and disbursing payment of claims, preparing and filing a) distribution report, b) request for final decree and discharge, and c) miscellaneous items to close | RAM | 4.00 | $300.00 | | $ 1,200.00 |

| Expense Line Items | | 57.20 | $0.00 | $17,160.00 |
|---|---|---|---|---|

balance    $17,160.00

**EXHIBIT D — NARRATIVE OF SERVICES**

The Debtor is a married woman. The Debtor is and has been employed part time as a real estate agent. The Debtor owns her own residence, which is titled in her and her non-debtor spouse's, John Perino II, (the "Spouse") name and which is located in Belmont, Massachusetts. Her spouse is a building contractor (and also engages in snow removal during the winter months) and she sells real estate. She is employed as a real estate agent for Century 21 Adams Realty. The Debtor's current financial condition relates directly to the declining economy. When the real estate market was booming, the Debtor's income, coupled with the Spouse's income, generated sufficient cash flow to cover her monthly expenses, including the mortgage. As the real estate market began to deteriorate, so too did the Debtor's personal financial situation. Sales in the real estate market were seriously declining and eventually dropped off. Work opportunities for the Spouse also began to fade as the economy worsened. In the end, the Debtor and the Spouse were no longer generating sufficient income to remain current on her mortgage creating a significant arrearage. The Debtor had filed a Chapter 11 bankruptcy in 2011, Case No. 11-13847-FJB. During the bankruptcy, the Debtor developed medical problems, which resulted in several surgeries during the time her case was pending eliminating her ability to work. The case was eventually dismissed in February 2013 and closed in March 2013.

Since the dismissal of her previous bankruptcy case, the Debtor had tried to modify her mortgage to eliminate or restructure the arrearage that developed prior to the last bankruptcy[1], but was unsuccessful. The Debtor tried every available option to work out a solution with the mortgagee, including a payment agreement wherein the arrears would be paid in 10 months or

---

[1] During the previous bankruptcy case, the Debtor made post-petition mortgage payments to remain current while in bankruptcy.

less, however to no avail. The bank had scheduled a foreclosure of the residence and this current case was filed to stop the foreclosure.

The Firm reviewed the Debtor's past filing to gain insightful information not only for use in the schedules and statement of financial affairs, but for dealing with creditors and formulating a plan of action going forward. The Firm discussed the need that due to the pending foreclosure, a skeletal petition would need to be filed and the balance of the schedules and statements could be filed at a later date. The Firm discussed the requirement for both pre-petition and post-petition credit counseling and education and set the Debtor up with a list of credit counseling companies approved by the Office of the United States Trustee.

On May 8, 2014, the Firm prepared and filed a skeletal petition. The Debtor filed this Chapter 11 case to forestall the scheduled foreclosure sale of the Debtor's Residence by Ocwen Loan Servicing LLC ("Ocwen"), servicer for Wells Fargo Bank, N.A. as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 the holder of a first mortgage on the Debtor's Residence. The Firm had discussions with the Debtor regarding the maintenance of post-petition payments on her mortgage. Upon the filing of her petition, the Debtor and her non-debtor spouse began making her post-petition mortgage payments due to Wells Fargo Bank on June 1, 2014 in accordance with the terms and conditions of the Note and Mortgage held by Wells Fargo Bank through Ocwen, its servicer, and remains current post-petition.

The Firm met with the Debtor and advised the Debtor with respect to her rights, powers and duties as a debtor-in-possession in the continued conduct of his Chapter 11 case and the management of her exempt and non-exempt assets. The Firm analyzed and advised the Debtor

on matters relating to maintaining current utilities, maintenance of the buildings, rents received, insurance, expenses and taxes.

The Firm met with the Debtor to discuss and explain the reporting requirements and obligations of a debtor in Chapter 11. The Firm discussed the requirement that the Debtor close all bank accounts in the Debtor's name and open a DIP account, one for each property. The Firm assisted the Debtor in opening that account with Citizen's bank and obtaining the necessary checks to utilize.

The Firm worked with the Debtor to determine her financial condition, any assets the Debtor possessed, the location and value of said assets, and other interests of the Debtor in preparation of the Schedules, Statement of Affairs, a budget for post-petition operations, and other documents and reports required of the Debtor. The Debtor's current real estate holdings include 39 Robinwood Road, Belmont, Massachusetts (the "Debtor's Residence"). The Firm gathered various documentation and tax returns for preparation of Schedules, Statements of Financial Affairs, and related documents.

The Firm had extensive meetings with the Debtor to ensure the accuracy of the Schedules, Statement of Financial Affairs, and Budgets and revised same before filing them. On May 21, 2014, the Firm filed the Debtor's Schedules, Statement of Financial Affairs, Statement of Current Monthly Income, and other documents.

The Firm discussed plan funding issues with the Debtor because of the fact that she was just returning to work after being out for medical reasons and was making no income. The non-debtor spouse is a <u>co-debtor</u> on the mortgage and household expenses. From the outset of this case, all parties had the understanding that there would be no funds in the DIP account due to this situation and the fact that the non-debtor spouse was paying all the expenses from his

income and account. As such, it was determined that since the non-debtor spouse was a co-obligor and did not want to lose the residence either, that he would fund the plan using his own income and the possibility of taking a loan or distribution from his corporation sufficient to fund the plan. The Firm had several discussions with the non-debtor spouse and his accountant regarding this issue and the accountant determined that the funding would be from a distribution rather than a loan. The Firm met with the non-debtor spouse to collect the funds and place them in its IOLTA account until the plan was confirmed.

The Firm had several discussions with the Office of the United States Trustee in preparation for and scheduling of the informal meeting with the Trustee such as documents needed for that meeting, the monthly reporting, DIP accounts and other details, as well as attending such meeting. The Firm prepared for, and attended the informal meeting with the United States Trustee's Office held on May 22, 2014.

The Firm prepared for and attended the meeting of the creditors held on June 9, 2014, including preparation of the necessary financial information, meeting with the Debtor prior to and after the meeting to discuss the responsibilities the Trustee's office had explained and those of the Court. The Firm prepared the questionnaire submitted to the Trustee and reviewed same with the Debtor prior to its submission.

The Firm worked with the Debtor in the collection of various statements and information to be provided for preparation of the monthly operating reports and prepared and filed the monthly operating reports with the Office of the United States Trustee.

On May 30, 2014, the Firm filed an expedited motion to set a bar date. Upon the expiration of the bar date, the Firm reviewed and analyzed the various claims filed by the Debtor's creditors and the treatment of such claims and determined it necessary to object to

several claims filed. On August 18, 2014, the Firm filed several Objections to claims (*Docket Nos. 32, 33, and 34*), which were sustained by this Court on October 2, 2014.

On October 3, 2014, the Office of the United States Trustee filed a Motion to Convert the Debtor's Chapter 11 Case to Chapter 7 basing it on the fact that the Debtor a) had not yet filed a plan and disclosure statement, b) had not filed her monthly report for August 2014, c) had no reorganization purpose, and d) that conversion was in the best interest of creditors and the estate. On or about October 15, 2014. the Firm prepared and filed an Opposition to the Trustee's motion (in addition to filing a plan and disclosure statement) and attended a hearing on the matter, which was scheduled for November 5, 2014. At that hearing, the matter was continued to the hearing on the Disclosure Statement scheduled for December 18, 2014. At that hearing, the Court continued the matter to the Confirmation hearing, so at the time of the filing of this fee application, that matter has not yet been resolved.

The Firm advised the Debtor with respect to drafting and proposing a plan of reorganization and any other matters relevant to the formulation and negotiation of such a plan or plans or reorganization in this case. Based on the schedules and other pertinent information, the Firm developed a 5 year projection to accompany the Plan and Disclosure Statement. The Firm prepared a Plan and Disclosure Statement and filed it on October 28, 2014.

The original Plan provided for one class of secured claims and one class of unsecured claims. By way of summary, the Plan essentially contemplated the Debtor's retention of Robinwood Road, among other property, payment in full of the related arrearage on the mortgage, maintaining her monthly mortgage payment in accordance with the obligation on the note associated with the mortgage, and repayment of one hundred percent (100%) of her unsecured debt over a period of twelve (12) months. In the event that all impaired classes of

creditors did not consent to the treatment provided therein, the Debtor would seek confirmation of the Plan pursuant to the provisions of Section 1129(b) of the Bankruptcy Code. The Firm filed the Plan and Disclosure Statement and on October 30, 2014, the United States Trustee filed its objection stating that the Plan was not feasible as the Debtor was not generating any income and where the Plan was to be funded by the Debtor's Spouse, he had concerns about the non-debtor spouse's business's ability to sustain that which was proposed in the Plan.

The Firm prepared a First Amended Plan and Disclosure Statement eliminating payment over a period of time and stating that payment to be made upon the effective date and filed it on November 12, 2014. This Amended Plan provides for one class of secured claims and one class of unsecured claims. By way of summary, the Plan essentially contemplates the Debtor's retention of Robinwood Road, among other personal property, payment of one hundred percent (100%) of the related arrearage on the mortgage, while maintaining her monthly mortgage payment in accordance with the obligation on the note associated with the mortgage, and repayment of one hundred percent (100%) of her unsecured debt on the Effective Date of the Plan. The Plan leaves each class of claims unimpaired. This means that each holder of an allowed claim in any class will retain all of the legal, equitable, and contractual rights to which it is entitled as holder of the classified claim. On December 15, 2014, the United States Trustee filed a Statement of No Objection to the First Amended Disclosure Statement, while reserving its rights to object at Confirmation. No other creditor filed an objection to the First Amended Disclosure Statement.

On December 18, 2014, the Firm attended the hearing on the First Amended Disclosure Statement, which was approved by the Court. Following the hearing, the Firm revised its Order Approving Disclosure Statement and sent it to the Court. On December 19, 2014, the Court

entered the Order and the Firm sent the Notice of Order Approving the Debtor's First Amended Disclosure Statement, Fixing Time for Filing Fee Applications and Objections to Confirmation, and Setting the Hearing Date on Confirmation of the Plan and Allowance of Fees, together with a copy of the First Amended Disclosure Statement and First Amended Plan to creditors.

The case does not end with the hearing on confirmation. As such, the Firm has reserved 2.5 hours for attending the confirmation hearing on January 28, 2015 and 4 hours for preparing and disbursing payment of claims, preparing and filing of the distribution report and the request for final decree and discharge, and to complete any miscellaneous items to close out case.

At the outset of this case, the Firm prepared and filed a motion for the employment of counsel on behalf of the Debtor. In support of these motions the Firm drafted a motion and affidavit seeking approval. No objections being made, the motion was approved without a hearing.

The Firm has compiled all of the attorneys' time and expenses and prepared this Application. The Firm compiled its time and expenses and completed and filed a Fee Petition and shall attend the hearing on same scheduled for January 2015.

The Firm believes that the fees incurred are reasonable in light of the size of the case, the nature of the required tasks, and the results achieved.

## EXHIBIT E — NECESSARY OUT-OF-POCKET EXPENSES

### EXPENSES

| | |
|---|---|
| Photocopies (4080 pages @ $0.15/page) | $ 612.00 |
| Postage/FedEx/Envelopes/labels | $ 265.13 |
| Facsimile ($0.15/page incoming only) | $  13.05 |
| Parking | $ 170.00 |
| Tolls | $  12.00 |
| Mileage (252 mi @ $0.55/mile) | $ 138.60 |
| Total necessary out-of-pocket expenses | $1,210.78 |



**Mestone & Associates LLC**
*Attorneys & Counselors at Law*
65 Flagship Drive, Suite A
North Andover, MA 01845
(617) 381-6700

**Client:** Carol Perino
**Address:** 39 Robinwood Road
Belmont, MA
**Contact:**

| Invoice Status | Fees | Adjustments | Balance |
|---|---|---|---|
| | $1,210.78 | $0.00 | $1,210.78 |
| Expenses | | | |

| Date | Item | QTY | Rate | Adjustment | Amount |
|---|---|---|---|---|---|
| | Photo Copies (4080 pages @ $0.15/page ) | 1.00 | | | $ 612.00 |
| | Postage/Fedex | 1.00 | | | $ 265.13 |
| | Facsimile ($0.15/page incoming only) | 1.00 | | | $ 13.05 |
| | Parking | 1.00 | | | $ 170.00 |
| | Tolls | 1.00 | | | $ 12.00 |
| | Mileage (252 miles @ $0.55/mile) | 1.00 | | | $ 138.60 |
| Expense Line Items | | 6.00 | | $0.00 | $1,210.78 |
| | | | | balance | $1,210.78 |